# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRISH J. and ALAN J., individually and as Parents and Natural Guardians of A.J., a minor, | : Civil No. 3:19-CV-01926 |
| Plaintiffs, | : |
| v. | : |
| EAST STROUDSBURG AREA SCHOOL DISTRICT, | : |
| Defendant. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 6th day of August, 2020, upon consideration of Plaintiffs' motion for judgment on the administrative record, Doc. 14, **IT IS ORDERED THAT** the motion is **DENIED**. **IT IS FURTHER ORDERED** that a conference call is scheduled for **August 26, 2020, at 11:30 a.m.** to discuss the status of this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania